**FILED**

MAY - 3 2006

CO-386-online
06/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

INNOVATIT SEAFORD SYSTEMS, LLC,

     Plaintiff

  vs

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE,

     Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Ac

CASE NUMBER  1:06CV00822

JUDGE: James Robertson

DECK TYPE: General Civil

DATE STAMP: 05/██/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   **PLAINTIFF**     certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   **PLAINTIFF**     which have any outstanding securities in the hands of the public:

  **NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

409723
BAR IDENTIFICATION NO.

RICHARD J. OPARIL
Print Name

2550 M STREET NW
Address

WASHINGTON, DC  20037
City   State   Zip Code

(202) 457-6496
Phone Number

2