## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0822(JR) |
| | ) | |
| COMMISSIONER FOR PATENTS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO DEEM
## COMPLAINT FILED AS OF APRIL 24, 2006

Plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), seeks an Order deeming the complaint in this action to have been filed nunc pro tunc as of April 24, 2006.

The grounds for this motion are set forth in the accompanying memorandum in support. A proposed order is also submitted herewith.

Dated: May 19, 2006                    Respectfully submitted,


                                        /s/ Richard J. Oparil
                                       Richard J. Oparil
                                       District of Columbia Bar No. 409723
                                       PATTON BOGGS LLP
                                       2550 M Street, NW
                                       Washington, DC 20037
                                       (202) 457-6000
                                       (202) 457-6315 (fax)

                                       *Attorney For Plaintiff*
                                       *Innovatit Seafood Systems LLC*

*Of Counsel:*

Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000
(703) 744-8001 (fax)

4804583

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing and the accompanying memorandum in support and proposed order were served on May 19, 2006, by certified mail, on the following:

General Counsel
United States Patent and Trademark Office
P.O. Box 15667
Arlington, Virginia 22215

Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney's Office
Attn:  Civil Process Clerk
555 4th Street, NW
Washington, DC 20530


  /s/ Richard J. Oparil
Richard J. Oparil

4804583