**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOLE, )<br>Commissioner for Patents, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0822 (JR) |

**<u>ORDER</u>**

This matter comes before the Court on defendant's motion to dismiss. After

considering all relevant pleadings, applicable law, and the record herein, it is this _____

day of _____, 2006, hereby,

ORDERED that defendant's motion is GRANTED and plaintiff's motion to deem

the complaint filed as of April 24, 2006 is DENIED.

_____
James Robertson
United States District Judge

cc:    Counsel of record via ECF