UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD<br>SYSTEMS, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-0822 (JR)<br>) |
| JOHN DOLE,<br>Commissioner for Patents, | )<br>)<br>) |
| Defendant. | )<br>) |

## **ORDER**

This matter comes before the Court on defendant's motion to dismiss. After considering all relevant pleadings, applicable law, and the record herein, it is this ____ day of _____, 2006, hereby,

ORDERED that defendant's motion is GRANTED and plaintiff's motion to deem the complaint filed as of April 24, 2006 is DENIED.

_____
James Robertson
United States District Judge

cc:   Counsel of record via ECF