IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0822 (JR) ) |
| COMMISSIONER FOR PATENTS, | ) ) |
| Defendant | ) ) |

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF _____

    Before me, the undersigned authority personally came and appeared Thomas S. Keaty, a person of the full age of majority, personally known to me, who, having been sworn, did depose and say that:

    1. I am an attorney licensed to practice in Louisiana, Texas, and before the U.S. Patent and Trademark Office.

    2. My offices are located at 2140 World Trade Center, New Orleans, Louisiana 70130.

    3. Following Hurricanes Katrina and Rita in August of 2005, we had to relocate the firm (Keaty Professional Law Corporation) to Port Allen, Louisiana, where we stayed till mid-November. The phone service was re-routed through the Port Allen office until the end of 2005.

    5. The change of address instructions provided to the Postal Service complicated the matters to unheard of proportions.

    6. Some of the firm's employees moved to Baton Rouge, Louisiana; some - to Virginia and Texas.

    5. In the first months of 2006, the staff moved back to New Orleans and our operation could resume at least in part.

    7. From the end of August 2005 till present, the Postal Service has not been fully restored in New Orleans; the deliveries are sporadic; the hours of operation of the Postal Service outlets are limited and differ from one location to another. These conditions continue to make communications with a government entity, U.S. Patent Office, extremely difficult since the Patent Office uses only U.S. Postal Service in its communications with the customers.

    8. In many cases, where the clients moved from New Orleans to other cities and states, leaving their new addresses to the Postal Service, the matters of mail delivery remain extremely complicated.

9. All these factors continue to adversely affect our work; our ability to timely communicate with the clients has been hampered and made very expensive as the firm has to rely on commercial mail couriers for routine mailings to clients.

Further affiant sayith not.

*[Signature]*
Thomas S. Keaty

Sworn to and subscribed before me, this 18th day of August, 2006.

*[Signature]*
Notary Public   #4774