IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INNOVATIT SEAFOOD SYSTEMS, LLC, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-0822(JR)
)
COMMISSIONER FOR PATENTS, )
)
Defendant )

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF TERREBONNE

Before me, the undersigned authority personally came and appeared Steven Voisin, a person of the full age of majority, personally known to me, who, having been first duly sworn, did depose and say that:

1. I am an officer of Innovatit Seafood Systems, LLC, plaintiff in the above-captioned action.

2. The company offices are located in Houma, Louisiana, the area severely damaged by the Hurricanes Katrina and Rita in August of 2005.

3. Following the Hurricane Katrina, many of the employees had to relocate because their houses were damaged by wind and water.

4. Our relatively normal operations did not resume until sometime in March of 2006.

5. From the end of August 2005 till present, the Postal Service has not been fully restored; the deliveries are sporadic; the hours of operation of the Postal Service outlets are limited and differ from one location to another. These conditions continue to make communications with the rest of the country and particularly with the Gulf Coast area, extremely difficult.

6. Even now, our company has not returned to its full operational capacity that existed before the Hurricane Katrina.

08/18/06 FRI 14:26 FAX 19858687191    MOTIVATIT SEAFOOD    ☒005
08-18-2006  02:46pm  From-KEATY PATENT FIRM    5045242105    T-581  P.003/007  F-703

Case 1:06-cv-00822-JR    Document 9-3    Filed 08/21/2006    Page 2 of 2

7. All these factors continue to adversely affect our work and our ability to timely communicate with our clients and attorneys.

Further affiant sayith not.

_____
Steven Voisin

Sworn to and subscribed before me, this 18th day of August 2006.

_____
Notary Public

Cheryl A. Pizzolato
Notary Public
#32593