IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0822(JR) |
| ) | |
| COMMISSIONER FOR PATENTS, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO ADMIT
## THOMAS S. KEATY PRO HAC VICE

Plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), seeks an Order to admit Thomas S. Keaty to the Bar of this Court pro hac vice.

The grounds for this motion are set forth in the accompanying declaration of Thomas S. Keaty. A proposed order is also submitted herewith.

Dated: August 21, 2006        Respectfully submitted,

                /s/ Richard J. Oparil
                Richard J. Oparil
                District of Columbia Bar No. 409723
                PATTON BOGGS LLP
                2550 M Street, NW
                Washington, DC 20037
                (202) 457-6000
                (202) 457-6315 (fax)

*Attorney For Plaintiff*
*Innovatit Seafood Systems LLC*

*Of Counsel:*

Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000
(703) 744-8001 (fax)

Thomas S. Keaty, Esq.
KEATY PATENT FIRM
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing and the accompanying memorandum in support and proposed order were served on August 21, 2006, by fax and mail, on the following:

John F, Henault, Jr., Esq.
U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530
(202) 514-8780 (Fax)


　　　　　　　　　　 /s/ Richard J. Oparil
　　　　　　　　　　 Richard J. Oparil

4823438