IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0822(JR) |
| | ) | |
| COMMISSIONER FOR PATENTS, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF THOMAS S. KEATY

I, Thomas S. Keaty, hereby declare as follows:

1. I submit this declaration in support of the motion for admission pro hac vice as counsel for plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), in this case. I have personal knowledge of the facts set forth herein and could competently testify if required to do so.

2. My office address and telephone number are:

   Keaty Patent Firm
   2140 World Trade Center
   No. 2 Canal Street
   New Orleans, LA 70130
   (504) 524-2100

3. I am a member in good standing of the following Bars: State of Louisiana; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the Fifth Circuit; U.S. District Courts for the Eastern, Middle and Western Districts of Louisiana; State Bar of Texas, U.S. District Courts for the Southern and Western Districts of Texas. I am also registered to practice before the U.S. Patent and Trademark Office.

4. I have not been disciplined by any Bar.

- 2 -

5.   I have not been admitted pro hac vice to the Bar of this Court in the last two years.

6.   I am not engaged in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia Bar and I do not have an application for admission pending.

7.   I hereby certify that I am personally familiar with the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and accurate.

_____
Thomas S. Keaty