UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>DIRECTOR, UNITED STATES   )<br>   PATENT AND TRADEMARK   )<br>   OFFICE,   )<br>)<br>Defendant.   )<br>_____) | Civil Action No. 06-822 (JR)<br>Civil Action No. 06-825 (JR) |

**JOINT MOTION TO SET A BRIEFING SCHEDULE**

Pursuant to this Court's February 16, 2007 Order, the parties to this action have conferred and respectfully file this Joint Motion to Set a Briefing Schedule. Specifically, the parties jointly request that the Court set the following schedule for the filing of dispositive motions in this action:

**July 1, 2007** - Defendant shall file the administrative record from the PTO proceedings;

**August 1, 2007** - The parties shall file simultaneous motions for summary judgment;

**September 5, 2007** - The parties shall file simultaneous oppositions to summary judgment;

**September 26, 2007** - The parties shall file simultaneous replies in support of their motions for summary judgment

March 19, 2007                                    Respectfully submitted,

      /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

      /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)