UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>    PATENT AND TRADEMARK )<br>    OFFICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-822 (JR)<br>Civil Action No. 06-825 (JR) |

## **ORDER**

This matter comes before the Court on the parties' joint response to the Court's February 16, 2007 Order. After considering the parties' meet and confer statement and the record herein, it is this ___ day of _____, 2007, hereby

ORDERED that the following schedule shall apply to this action:

**July 1, 2007** - Defendant shall file the administrative record from the PTO proceedings;

**August 1, 2007** - The parties shall file simultaneous motions for summary judgment;

**September 5, 2007** - The parties shall file simultaneous oppositions to summary judgment;

**September 26, 2007** - The parties shall file simultaneous replies in support of their motions for summary judgment

                                                                                        _____
                                                                                       James Robertson
                                                                                       United States District Judge