UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>    PATENT AND TRADEMARK )<br>    OFFICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-822 (JR)<br>Civil Action No. 06-825 (JR) |

**JOINT MOTION TO AMEND THE BRIEFING SCHEDULE**

The parties to these actions respectfully request that the Court amend the current briefing schedule in this matter and extend all deadlines by approximately forty-five days. This request is necessary because of trial and post-trial proceedings in which counsel for plaintiff is currently involved. Thus, the parties need additional time to prepare and to file simultaneous motions in these actions. The parties request that the Court set the following briefing schedule:

**September 17, 2007** - The parties shall file simultaneous motions for summary judgment;

**October 19, 2007** - The parties shall file simultaneous oppositions to summary judgment;

**November 13, 2007** - The parties shall file simultaneous replies in support of their motions for summary judgment

Pursuant to Local Civil Rule 7(m), both parties consent to the amendment of the briefing schedule sought herein.

July 26, 2007                               Respectfully submitted,


                                            _____/s/_____
                                            JEFFREY A. TAYLOR, D.C. Bar # 498610
                                            United States Attorney


                                            _____/s/_____
                                            RUDOLPH CONTRERAS, DC BAR #434122
                                            Assistant United States Attorney


                                            _____/s/_____
                                            JOHN F. HENAULT, D.C. Bar # 472590
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, DC 20530
                                            (202) 307-1249
                                            (202) 514-8780 (facsimile)