UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>    PATENT AND TRADEMARK )<br>    OFFICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-822 (JR)<br>Civil Action No. 06-825 (JR) |

## **ORDER**

This matter comes before the Court on the parties' joint motion to amend the briefing schedule. After considering the parties' joint motion and the record herein, it is this ___ day of _____, 2007, hereby

ORDERED that the following schedule shall apply to this action:

**September 17, 2007**- The parties shall file simultaneous motions for summary judgment;

**October 19, 2007** - The parties shall file simultaneous oppositions to summary judgment;

**November 13, 2007** - The parties shall file simultaneous replies in support of their motions for summary judgment

 

_____
James Robertson
United States District Judge