```
                                                                    FILED
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA                              JUL 3 0 2007

                                                              NANCY MAYER WHITTINGTON, CLERK
                                                                  U.S. DISTRICT COURT
```

INNOVATIT SEAFOOD SYSTEMS, LLC, )
                                )
        Plaintiff,              )
                                )
        v.                      )       Civil Action No. 06-822 (JR)
                                )
DIRECTOR, UNITED STATES         )
    PATENT AND TRADEMARK        )
    OFFICE,                     )
                                )
        Defendant.              )
_____)

## ORDER

This matter comes before the Court on the parties' joint motion to amend the briefing schedule. After considering the parties' joint motion and the record herein, it is this ___ day of _____, 2007, hereby

ORDERED that the following schedule shall apply to this action:

**September 17, 2007** - The parties shall file simultaneous motions for summary judgment;

**October 19, 2007** - The parties shall file simultaneous oppositions to summary judgment;

**November 13, 2007** - The parties shall file simultaneous replies in support of their motions for summary judgment

                                        _____
                                        James Robertson
                                        United States District Judge