IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DIRECTOR, UNITED STATES  )<br>      PATENT AND TRADEMARK  )<br>      OFFICE  )<br>  )<br>      Defendant  ) | Civil Action No. 06-822 (JR)<br>Civil Action No. 06-825 (JR) |

## JOINT MOTION TO AMEND THE BRIEFING SCHEDULE

The parties to these actions respectfully request that the Court amend the current briefing schedule in this matter and extend all deadlines by approximately forty-five days. This request is necessary because of a potential change in ownership of the applications at issue and is not interposed for the purpose of undue delay. Thus, the parties need additional time to prepare and to file simultaneous motions in these actions. The parties request that the Court set the following briefing schedule:

**October 31, 2007** – The parties shall file simultaneous motions for summary judgment;

**November 30, 2007** – The parties shall file simultaneous oppositions to summary judgment;

**December 28, 2007** – The parties shall file simultaneous replies in support of their motions for summary judgment.

Pursuant to Local Civil Rule 7(m), both parties consent to the amendment of the briefing schedule sought herein.

Date: August 27, 2007                    Respectfully submitted,


                                         /s/ Thomas S. Keaty
                                         Thomas S. Keaty, L.A. Bar #7666 T.A.
                                         PTO Reg. No. 27,038
                                         Keaty Professional Law Corporation
                                         2140 world Trade Center
                                         2 Canal Street
                                         New Orleans, LA 70130
                                         (504) 524-2100
                                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I herby certify that on August 27, 2007, I electronically filed the foregoing with the clerk of court by using CM/ECF system, with the US District Court for the District of Columbia, 333 Constitution Ave., NW, Washington DC 20001.

And served on defendant through their counsel of record by depositing same with the U.S. mail, first class postage prepaid, or by facsimile transmission or by hand delivery.

John F. Henault, D.C. Bar # 472590
Jeffrey A. Taylor, D.C. Bar #498610
Rudolph Contreras, D.C. Bar #434122
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)

/s/ Thomas S. Keaty
Thomas S. Keaty
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
(504) 524-2100
Attorney for Appellant