UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>    PATENT AND TRADEMARK )<br>    OFFICE, )<br>)<br>Defendant. )<br>_____) | Civil Action Nos. 06-822 (JR), 06-825 (JR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney John F. Henault, Jr. as counsel for Defendant in the above-captioned actions.

Dated: October 11, 2007　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 514-7198 (phone); (202) 514-8780 (facsimile)
　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov