**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>PATENT AND TRADEMARK )<br>OFFICE, )<br>)<br>Defendant. )<br>_____) | Civil Action Nos. 06-822(JR), 06-825(JR) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE SUMMARY JUDGMENT BRIEFS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, through undersigned counsel, hereby seeks a 2-day enlargement of time, up to and including November 2, 2007, to submit its motion for summary judgment in the two above-captioned actions. The parties' summary judgment motions currently are due October 31, 2007. In accordance with Local Civil Rule 7(m), counsel for Defendant contacted counsel for Plaintiff to seek Plaintiff's position on this motion. Plaintiff's counsel indicated that Plaintiff consents to the requested enlargement.

There is good cause to grant this motion. To complete the summary judgment motions, counsel for Defendant must coordinate with agency counsel concerning the underlying facts and legal arguments. Counsel for Defendant has made a good faith effort to complete those tasks, and to prepare Defendant's summary judgment motion in advance of the current deadline. However, due to an unanticipated illness, counsel for Defendant was out of the office on sick leave Friday October 26, 2007. In light of that illness and counsel's absence from the office, the undersigned does not believe that she will be able to complete the summary judgment motion by October 31, 2007. Accordingly, Defendant seeks a modest two-day enlargement of time. To

ensure fairness to both parties, Defendant requests that Plaintiff's summary judgment brief also be due November 2, 2007.

     Granting this motion should cause no prejudice to either party.  A proposed order is submitted herewith.

October 29, 2007                                        Respectfully submitted,

                                                           /s/ by RMM
                                          JEFFREY A. TAYLOR, D.C. Bar # 498610
                                          United States Attorney

                                           /s/ by RMM
                                          RUDOLPH CONTRERAS, DC BAR #434122
                                          Assistant United States Attorney

                                           /s/ Robin M. Meriweather
                                          ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                          Assistant United States Attorney
                                          555 4th Street, N.W.
                                          Washington, DC 20530
                                          (202) 307-1249
                                          (202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INNOVATIT SEAFOOD SYSTEMS, LLC,   )
                                                          )
            Plaintiff,          )
                                      )
            v.                     )     Civil Action Nos. 06-822(JR), 06-825(JR)
                                      )
DIRECTOR, UNITED STATES         )
PATENT AND TRADEMARK          )
OFFICE,                                     )
                                      )
            Defendant.       )
_____)

**ORDER**

Upon consideration of Defendant's motion for an enlargement of the deadline for submitting summary judgment motions, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be and hereby is GRANTED;

it is further ORDERED that the parties shall submit their respective motions for summary judgment on or before November 2, 2007.

SO ORDERED.

                                                                     _____
                                                                       United States District Judge