# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 06-0822(JR) |
| ) | |
| COMMISSIONER FOR PATENTS,   ) | |
| ) | |
| Defendant.   ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO THE COURT, through the undersigned counsel, comes the Plaintiff, who respectfully moves this court pursuant to Rule 56 of the Federal Rules of Civil Procedure for judgment as a matter of law, because there are no genuine issues of material fact that would preclude judgment for the Plaintiff in this case. For the reasons detailed in the attached Memorandum of Points and Authorities, the Plaintiff respectfully requests that a Summary Judgment be granted in its favor.

Respectfully submitted,

/s/Thomas S. Keaty
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)

**CERTIFICATE OF SERVICE**

  I herby certify that on November 2, 2007, I electronically filed the foregoing with the clerk of court by using CM/ECF system, with the US District Court for the District of Columbia, 333 Constitution Ave., NW, Washington DC 20001.

  And served on Defendant through their counsel of record by depositing same with the U.S. mail, first class postage prepaid, or by facsimile transmission or by hand delivery.

  Robin M. Meriweather, D.C. Bar #490114
  Jeffrey A. Taylor, D.C. Bar #498610
  Rudolph Contreras, D.C. Bar #434122
  Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)


      /s/Thomas S. Keaty
      Thomas S. Keaty, *pro hac vice*