# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC,      ) | |
|               ) | |
|     Plaintiff,                ) | |
|               ) | |
| v.                       ) | Civil Action No. 06-0822(JR) |
|               ) | |
| COMMISSIONER FOR PATENTS,     ) | |
|               ) | |
|     Defendant.            ) | |

## ORDER

On _____, 2007 Motions for Summary Judgments of the Plaintiff and the Defendant came before the Court. Having considered the Motions and the authorities cited therein, the Court hereby grants the Plaintiff's Motion for Summary Judgment and denies the Defendant's Motion for Summary Judgment.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED.

 

_____
**JUDGE JAMES ROBERTSON**
**U. S. DISTRICT COURT**

Submitted by:

Thomas S. Keaty, *pro hoc vice*
Keaty Professional Law Corporation
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
Attorney for Plaintiff