UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>PATENT AND TRADEMARK )<br>OFFICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-822(JR) |

## ERRATA

Defendant, through undersigned counsel, files this Errata to submit the table of authorities and table of contents for the memorandum of law submitted with Defendant's summary judgment motion (Dkt. Entry 25). The tables — attached as Exhibit 1 to this Errata — were inadvertently omitted from the memorandum that the undersigned filed electronically on November 2, 2007.

Dated: November 5, 2007                    Respectfully submitted,

                                                                    /s/ Robin M. Meriweather
                                           ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                           Assistant United States Attorney
                                           555 4th Street, N.W.
                                           Washington, DC 20530
                                           (202) 307-1249
                                           (202) 514-8780 (facsimile)