**TABLE OF AUTHORITIES**

**FEDERAL CASES**

*Abbott Labs. v. Baxter Pharm. Prod., Inc.*, 471 F.3d 1363 (Fed. Cir. 2006) . . . . . . . . . . . . 17, 19

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Barmag Barmer Maschinefabrik AG v. Murata Mach.*, 731 F.2d 831 (Fed. Cir. 1984) . . . . . . . 12

*Burke v. Gould*, 286 F.3d 513 (D.C. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Fregeau v. Mossinghof*, 776 F.2d 1034 (Fed. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Fund for Animals v. Williams,* 246 F. Supp. 2d 27 (D.D.C. 2003) . . . . . . . . . . . . . . . . . . . . . . 12

*Gould v. Quigg*, 822 F.2d 1074 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Hayes v. Shalala*, 902 F. Supp. 259 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Hyatt v. Dudas,* 393 F. Supp. 2d. 1 (D.D.C. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Hyatt v. Dudas*, Civ. No. 03-0901, 2005 WL 5569663, at *1 (D.D.C. Sept. 30, 2005) . . . . . . . . 3

*In re Cruciferous Sprout Litig.*, 301 F.3d 1343 (Fed. Cir. 2002) . . . . . . . . . . . . . . . 16, 17, 18, 19

*In re Gartside*, 203 F.3d 1305, 1316 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . 13, 14, 21, 22

*In re Icon Health and Fitness, Inc.*, __F.3d ___, 2007 WL 2189161 at *2 (Aug. 1, 2007) . . . . 21

*Innovatit Seafood Systems, LLC v. Dudas*, No. 06-825, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*KSR Int'l Co. v. Teleflex, Inc.*, 127 S.Ct. 1727 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*MacKay v. Quigg*, 641 F.Supp. 567 (D.D.C. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574 (1986) . . . . . . . . . . . . . . . . . 12

*Mazzari v. Rogan*, 323 F.3d 1000 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*MEHL/Biophile v. Milgraum*, 192 F.3d 1362 (Fed. Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . 17, 19

*Schering Corp. v. Geneva Pharma., Inc.*, 339 F.3d 1373 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . 20

*Titanium Metals Corp. v. Banner*, 778 F.2d 775 (Fed. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . 16

*Transclean Corp. v. Bridgewood Serv., Inc.*, 290 F.3d 1364 (Fed. Cir. 2002) . . . . . . . . . . . . . . 13

## FEDERAL STATUTES

5 U.S.C. § 701 *et seq* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

5 U.S.C. § 706 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

35 U.S.C. § 102 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 13, 20

35 U.S.C. § 102(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

35 U.S.C. § 103. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 103(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 21

35 U.S.C. § 112 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3

35 U.S.C. § 131 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 132(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 134 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

35 U.S.C. § 134(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

35 U.S.C. § 141 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

35 U.S.C. § 145 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 13

## FEDERAL REGULATIONS

37 C.F.R. § 1.104(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

37 C.F.R. § 1.104(a)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

37 C.F.R. § 1.111 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

37 C.F.R. § 1.113 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**TABLE OF CONTENTS**

**INTRODUCTION AND SUMMARY** ................................................... 1

**BACKGROUND** ............................................................................. 2

    **A.**    **Overview of the Procedures for Applying for and Obtaining a Patent** ..... 2

    **B.**    **Factual Background** ............................................................... 4

        **1.**    **The '725 Application** ................................................... 4
            a.    The Invention as Described in the '725 Application ......... 4
            b.    Claims at Issue ........................................................ 5
            c.    The Prior Art of Record ............................................. 6
                i.    Japanese Patent Application 4356156A Teaches a Process of Pressurizing Shellfish That Inherently Destroys Bacteria ............................................. 6
                ii.    U.S. Patent No. 5,773,064 to Tesvich et al. Teaches Banding Shellfish and Refrigeration of Shellfish in Connection with a Heat-treatment Process .......... 6
            d.    The Examination of the Pending Claims ................... 7

        **2.**    **Innovatit's Appeal to the Board** .................................... 9

        **3.**    **The Board Decision** .................................................. 10

**STANDARD OF REVIEW** ............................................................ 12

    **A.**    **Summary Judgment** ............................................................. 12

    **B.**    **Standards Governing Review of Actions Brought Pursuant to 35 U.S.C. § 145** ............................................................. 13

**ARGUMENT** ................................................................................ 13

**I.**    **SUBSTANTIAL EVIDENCE SUPPORTS THE BOARD'S FINDING THAT CLAIMS 6 AND 27 ARE ANTICIPATED BY JP '156.** ................... 13

    **A.**    **JP '156 Expressly Discloses All of the Limitations of Claims 6 and 27, Except the Elimination of Harmful Bacteria** ................................. 14

    **B.**    **JP '156 Inherently Discloses the Elimination of Pathogenic Bacteria** ..... 16

      C.      An Inherent Result Need Not Be Recognized by a Person of Ordinary Skill in the Art in Order for a Reference to Anticipate . . . . . . . . . . . . . . . . . . . . . 18

      D.      The Process of JP '156 Is Sufficiently "Enabled" . . . . . . . . . . . . . . . . . . . . . . 19

**II.     CLAIMS 3, 4, AND 7 FOR JP '156 WERE OBVIOUS IN LIGHT OF THE TESVICH '064 PATENT, AND THEREFORE UNPATENTABLE.** . . . . . . . . . . . 20

**CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23