## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0822(JR) |
| ) | |
| COMMISSIONER FOR PATENTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On this _____ day of _____, 2007, Plaintiff's Motion for Leave to Amend Complaint and Join a Party came before the court. Having Considered the Motion, the Court finds it well taken and therefore grants the Motion.

It is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff is granted leave to amend the Complaint and join Avure Technologies, Inc., assignee of the application-in-suit, as Plaintiff.

It is so ORDERED.

_____
JUDGE
UNITED STATES DISTRICT COURT

Submitted by:
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
KEATY PROFESSIONAL LAW CORPORATION
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)