# EXHIBIT B

## FORM OF ASSIGNMENT TO MOTIVATIT

## ASSIGNMENT OF PATENTS

WHEREAS, Innovatit Seafood Systems, L.L.C., a Louisiana limited liability company, with an address of 116 East Ellendale Estates Drive, Houma, Louisiana 70360 (hereinafter referred to as "ASSIGNOR"), is the owner of United States and other patents and patent applications set forth in Schedule A attached hereto and made a part hereof (the listed patents and patent applications collectively referred to herein as the "PATENTS");

WHEREAS, Motivatit Seafoods, L.L.C., a Louisiana limited liability company, with an address of 412 Palm Ave., Houma, Louisiana 70364 (hereinafter referred to as "ASSIGNEE"), is desirous of acquiring all right, title and interest in the PATENTS, all Letters Patent that may be granted for the PATENTS in the United States and foreign countries, and all inventions described in the PATENTS owned by ASSIGNOR;

NOW THEREFORE, in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE, the entire right, title and interest in and to the PATENTS, all Letters Patent that may be granted for the PATENTS in the United States and foreign countries, all inventions described in the PATENTS owned by ASSIGNOR, and any and all foreigns, divisions, reissues, continuations and extensions thereof, and all rights of ASSIGNOR associated therewith, including the right to sue for and collect damages by reason of past infringements of the PATENTS. ASSIGNOR further assigns to ASSIGNEE the right to claim priority or other rights deriving from any patent applications by virtue of internati[onal] convention, treaty or otherwise. The PATENTS, and all other patents, patent applicatio[ns]

EXHIBIT A

registrations and inventions assigned hereby, to be held and enjoyed by ASSIGNEE for its use and benefit and by its successors and assigns for their use and benefit as fully and entirely as the same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale not been made.

Executed at Houma, Louisiana, this 28th day of September, 2007.

ASSIGNOR
**Innovatit Seafood Systems, L.L.C.**

By _____
Name: Steven A. Voisin
Title: Manager


Executed at Houma, Louisiana, this 28th day of September, 2007.

ASSIGNEE
**Motivatit Seafoods, L.L.C.**

By _____
Name: Michael C. Voisin
Title: Vice President

State of Louisiana    )
                             ) ss.
Parish of TERREBONNE

I certify that I know or have satisfactory evidence that Steven A. Voisin is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the Manager of **Innovatit Seafood Systems, L.L.C.**, to be the free and voluntary act of said company for the uses and purposes mentioned in the instrument.

                             Dated SEPT 28, 2007
                             Signature of
                             Notary Public [signature]
                             Printed Name ROBERT B BUTLER III
                             My Appointment Expires at death


State of Louisiana    )
                             ) ss.
Parish of TERREBONNE

I certify that I know or have satisfactory evidence that Michael C. Voisin is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the Vice President of **Motivatit Seafoods, L.L.C.**, to be the free and voluntary act of said corporation for the uses and purposes mentioned in the instrument.

                             Dated SEPT 28, 2007
                             Signature of
                             Notary Public [signature]
                             Printed Name ROBERT B BUTLER III
                             My Appointment Expires at death

## SCHEDULE A

## PATENTS

| Country | Title | Application Number / Filing Date | Patent or Publication Number / Issue Date | Status |
|---|---|---|---|---|
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/457,835 <br> 12/9/1999 | 6,217,435 <br> 4/17/2001 | Granted |
| United States | Apparatus For Pressure Treating Shellfish | 09/524,442 <br> 03/14/2000 | 6,393,977 <br> 05/28/2002 | Granted |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/736,708 <br> 12/15/2000 | 6,426,103 <br> 07/30/2002 | Granted |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/723,363 <br> 11/27/2000 | 6,537,601 <br> 03/25/2003 | Granted |
| United States | Bottom Discharge Container | 10/141,656 <br> 05/08/2002 | 6,824,019 <br> 11/30/2004 | Granted |
| United States | High Pressure Process to Eliminate Vibrios And Other Bacteria In Oysters Clams and Other Shellfish | 60/071,819 <br> 01/20/1998 | | Expired Provisional Application |
| United States | High Pressure Process to Shuck Oysters Clams and Other Shellfish | 60/074,582 <br> 02/13/1998 | | Expired Provisional Application |
| United States | Method of Processing Crustaceans | 11/500,557 <br> 8/8/2006 | | Pending |
| United States | Another Method of Fabricating the Yoke and Chamber of High Pressure Processing Equipment | 60/086,484 <br> 05/26/1998 | | Expired Provisional Application |

| Country | Title | Application Number / Filing Date | Patent or Publication Number / Issue Date | Status |
|---|---|---|---|---|
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/121,725 <br> 07/24/1998 | | Court Appeal Pending |
| United States | Quick Removable Bottom Lid to Facilitate Dumping Water and Product From High Pressure Processing Basket | 60/289,581 <br> 05/09/2001 | | Expired Provisional Application |
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/949,704 <br> 09/10/2001 | | Court Appeal Pending |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/302,116 <br> 04/29/1999 | | Abandoned |
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/524,444 <br> 03/14/2000 | | Abandoned |
| Europe | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | EP1990937429 <br> 07/23/1999 | EP 1 100 340 B1 <br> 09/29/2004 | Granted |
| Canada | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 2,338,499 <br> 01/24/2001 | | Pending |
| PCT | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | US99/16759 <br> 07/23/1999 | WO2000/04785 <br> 02/03/2000 | Published |
| PCT | A Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | US00/11127 <br> 04/26/2000 | WO2000/65923 <br> 11/09/2000 | Published |
| Germany | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A <br> 07/23/1999 | DE69920715D <br> 09/29/2004 | Granted |

| Country | Title | Application Number / Filing Date | Patent or Publication Number / Issue Date | Status |
|---|---|---|---|---|
| Spain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A<br>07/23/1999 | Spanish National Part of EP 1 100 340 B1<br>09/29/2004 | Granted |
| France | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A<br>07/23/1999 | French National Part of EP 1 100 340 B1<br>09/29/2004 | Granted |
| Great Britain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A<br>07/23/1999 | Great Britain National Part of EP 1 100 340 B1<br>09/29/2004 | Granted |
| Ireland | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A<br>07/23/1999 | Irish National Part of EP 1 100 340 B1<br>09/29/2004 | Granted |
| Italy | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A<br>07/23/1999 | Irish National Part of EP 1 100 340 B1<br>09/29/2004 | Granted |
| The Netherlands | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A<br>07/23/1999 | Netherlands National Part of EP 1 100 340 B1<br>09/29/2004 | Granted |

# EXHIBIT C

# FORM OF ASSIGNMENT TO AVURE

## ASSIGNMENT OF PATENTS

WHEREAS, Motivatit Seafoods, Inc., a Louisiana limited liability company, with an address of 412 Palm Ave., Houma, Louisiana 70364 (hereinafter referred to as "ASSIGNOR"), is the owner of United States and other patents and patent applications set forth in Schedule A attached hereto and made a part hereof (the listed patents and patent applications collectively referred to herein as the "PATENTS"), such ownership being obtained by assignment from Innovatit Seafood Systems, L.L.C., a Louisiana limited liability company;

WHEREAS, Avure Technologies Incorporated, a Delaware corporation, with an address of 22408 – 66th Avenue South, Kent, Washington 98032 (hereinafter referred to as "ASSIGNEE"), is desirous of acquiring all right, title and interest in the PATENTS, all Letters Patent that may be granted for the PATENTS in the United States and foreign countries, and all inventions described in the PATENTS owned by ASSIGNOR;

NOW THEREFORE, in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE, the entire right, title and interest in and to the PATENTS, all Letters Patent that may be granted for the PATENTS in the United States and foreign countries, all inventions described in the PATENTS owned by ASSIGNOR, and any and all foreigns, divisions, reissues, continuations and extensions thereof, and all rights of ASSIGNOR associated therewith, including the right to sue for and collect damages by reason of past infringements of the PATENTS. ASSIGNOR further assigns to ASSIGNEE the right to claim priority or other rights deriving from any patent applications by virtue of international

convention, treaty or otherwise. The PATENTS, and all other patents, patent applications, registrations and inventions assigned hereby, to be held and enjoyed by ASSIGNEE for its use and benefit and by its successors and assigns for their use and benefit as fully and entirely as the same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale not been made.

Executed at Houma, Louisiana, this 28th day of September, 2007.

ASSIGNOR
Motivatit Seafoods, L.L.C.

By _____
Name: Michael C. Voisin
Title: Vice President


Executed at Houma, Louisiana, this 28th day of September, 2007.

ASSIGNEE
Avure Technologies Incorporated

By _____
Name: Don P. Adams Jr.
Title: President & CEO

State of Louisiana   )
                     ) ss.
Parish of TERREBONNE )

I certify that I know or have satisfactory evidence that Michael C. Voisin is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the Vice President of Motivatit Seafoods, L.L.C., to be the free and voluntary act of said corporation for the uses and purposes mentioned in the instrument.

Dated SEPT 28, 2007
Signature of Notary Public *[signature]*
Printed Name ROBERT B BUTLER III
My Appointment Expires at death


State of Louisiana   )
                     ) ss.
Parish of TERREBONNE )

I certify that I know or have satisfactory evidence that Don P. Adams Jr. is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the President & CEO of Avure Technologies Incorporated, to be the free and voluntary act of said corporation for the uses and purposes mentioned in the instrument.

Dated SEPT 28, 2007
Signature of Notary Public *[signature]*
Printed Name ROBERT B BUTLER III
My Appointment Expires at death

## SCHEDULE A

## PATENTS

| Country | Title | Application Number / Filing Date | Patent or Publication Number / Issue Date | Status |
|---|---|---|---|---|
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/457,835<br>12/9/1999 | 6,217,435<br>4/17/2001 | Granted |
| United States | Apparatus For Pressure Treating Shellfish | 09/524,442<br>03/14/2000 | 6,393,977<br>05/28/2002 | Granted |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/736,708<br>12/15/2000 | 6,426,103<br>07/30/2002 | Granted |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/723,363<br>11/27/2000 | 6,537,601<br>03/25/2003 | Granted |
| United States | Bottom Discharge Container | 10/141,656<br>05/08/2002 | 6,824,019<br>11/30/2004 | Granted |
| United States | High Pressure Process to Eliminate Vibrios And Other Bacteria In Oysters Clams and Other Shellfish | 60/071,819<br>01/20/1998 | | Expired Provisional Application |
| United States | High Pressure Process to Shuck Oysters Clams and Other Shellfish | 60/074,582<br>02/13/1998 | | Expired Provisional Application |
| United States | Method of Processing Crustaceans | 11/500,557<br>8/8/2006 | | Pending |
| United States | Another Method of Fabricating the Yoke and Chamber of High Pressure Processing Equipment | 60/086,484<br>05/26/1998 | | Expired Provisional Application |

| Country | Title | Application Number / Filing Date | Patent or Publication Number / Issue Date | Status |
|---|---|---|---|---|
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/121,725<br>07/24/1998 | | Court Appeal Pending |
| United States | Quick Removable Bottom Lid to Facilitate Dumping Water and Product From High Pressure Processing Basket | 60/289,581<br>05/09/2001 | | Expired Provisional Application |
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/949,704<br>09/10/2001 | | Court Appeal Pending |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/302,116<br>04/29/1999 | | Abandoned |
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/524,444<br>03/14/2000 | | Abandoned |
| Europe | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | EP1990937429<br>07/23/1999 | EP 1 100 340 B1<br>09/29/2004 | Granted |
| Canada | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 2,338,499<br>01/24/2001 | | Pending |
| PCT | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | US99/16759<br>07/23/1999 | WO2000/04785<br>02/03/2000 | Published |
| PCT | A Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | US00/11127<br>04/26/2000 | WO2000/65923<br>11/09/2000 | Published |
| Germany | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A<br>07/23/1999 | DE69920715D<br>09/29/2004 | Granted |

| Country | Title | Application Number / Filing Date | Patent or Publication Number / Issue Date | Status |
|---|---|---|---|---|
| Spain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Spanish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| France | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | French National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Great Britain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Great Britain National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Ireland | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Irish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Italy | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Irish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| The Netherlands | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Netherlands National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |