IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 06-0822(JR) |
| COMMISSIONER FOR PATENTS, | ) ) ) | |
| Defendant | ) | |

### ERRATA

Plaintiffs, through undersigned counsel, file this Eratta to submit the Motion, Table of Authorities and Table of Contents for the Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Docket Entry 31). The Motion (Exhibit 1), tables (Exhibit 2) and Order (Exhibit 3) to this Errata, were inadvertently omitted from the Plaintiffs' Opposition to Defendant's Motion for Summary Judgment that the undersigned filed electronically on November 30, 2007.

Dated: December 4, 2007

                 Respectfully submitted,

                 /s/Thomas S. Keaty
                 Thomas S. Keaty, *pro hac vice*
                 Attorney for Plaintiff
                 Keaty Professional Law Corporation
                 2140 World Trade Center
                 No. 2 Canal Street
                 New Orleans, LA 70130
                 (504) 524-2100
                 (504) 524-2105 (fax)