**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and | ) | |
| AVURE TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0822(JR) |
| | ) | |
| COMMISSIONER FOR PATENTS, | ) | |
| | ) | |
| Defendant | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO
DEFENDANT'S MOTION  FOR SUMMARY JUDGMENT**

# TABLE OF AUTHORITIES

***Cases***                                                                                              ***Page Nos.***

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986).................................................... 3, 4

Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986)............................................ 3

Atofina v. Great Lakes Chem. Corp., 78 U.S.P.Q.2d 1417 (Fed. Cir. 2006) ................................ 8

Brenner v. Ladd, 247 F. Supp. 51 (D.D.C. 1965) .............................................................. 16

Burlington Indus. v. Quigg, 822 F.2d 1581 (Fed. Cir. 1987). ........................................ 4

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) ............................................................ 3

Connell v. Sears, Roebuck & Co., 722 F.2d 1542, 1548, 220 U.S.P.Q. (BNA) 193, 198 (Fed. Cir. 1983) ........................................................................................................ 8

Continental Can Co. USA v. Monsanto Co., 948 F.2d 1264, 1268 (Fed. Cir. 1991) ................... 10

Cont'l Can Co. USA, Inc. v. Monsanto Co., 948 F.2d 1264, 1265 (Fed. Cir. 1991). .................... 3

Dembiczak, 175 F.3d 994, 999 (Fed. Cir. 1999) ............................................................ 4

Diversified Corp. v. Century Steps, Inc., 850 F.2d 675 (Fed. Cir. 1988) ...................................... 4

Eli Lilly & Co. v. Generix, 324 F. Supp. 715, 718 (S.D. Fla. 1971), aff'd 460 F.2d 1096 (5th Cir. 1972) 16

Environmental Designs v. Union Oil, 713 F.2d 693 (Fed. Cir. 1983). ........................................... 4

Glaverbel SA v. Northlake Mktg, 45 F.3d 1550 (Fed. Cir. 1995). ................................................ 4

Graham v. John Deere, 383 U.S. 1 (1966);................................................................. 4

GPAC, 57 F.3d 1573, 1580 (Fed. Cir. 1995) .............................................................. 16

Hybritech Inc. v. Monoclonal Antibodies, 802 F.2d 1367, 1380 (Fed. Cir. 1986 ................................ 16

Hybritech Inc. v. Monoclonal Antibodies, Inc., 802 F.2d 1367, 231 USPQ 81 (Fed. Cir. 1986) .. 5

Hedges, 783 F.2d 1038 (C.A.F.C. 1986) .................................................................... 5

Hounsfield, 699 F.2d 1320, 1324, 216 USPQ 1045, 1049 (Fed.Cir.1982).................................... 5

Interconnect Planning Corp. v. Feil, 774 F.2d 1132 (Fed. Cir. 1985); ......................................... 3

KSR International Co. v. Teleflex Inc., 127 S. Ct. 1727, 1734 (2007)...................................... 4, 16

May, 574 F.2d 1082, 1092 (C.C.P.A. 1978) ................................................................ 16

Nygard, 341 F.2d 924, 928-9, 144 USPQ 586, 590 (CCPA 1965) .................................. 5

Ortho-McNeil Pharm., Inc. v. Mylan Labs., Inc.,
348 F. Supp. 2d 713, 753 & 757-58 (N.D. W. Va. 2004) .................................................. 16

Perricone v. Medics Pharmaceutical Corp., 432 F.3d 1368, 1375-76 (Fed. Cir. 2005) ................. 9

Piasecki, 745 F.2d 1468, 1473 (Fed. Cir. 1984) ............................................................ 16

Rockwell Intl. v. United States, 147 F.3d 1358 (Fed. Cir. 1998) ...................................... 3

Ruiz v. A.B. Chance Co., 234 F.3d 654, 667 (Fed. Cir. 2000 ............................................ 16

Sang-Su Lee, 277 F.3d 1338 (Fed. Cir. 2002) ............................................................. 4

Schering Corp. v. Geneva Pharmaceuticals, Inc., 339 F. 3d 1373, 1375 (Fed. Cir. 2003) ........... 11

Scripps Clinic & Research Found. v. Genentech Inc., 927 F.2d 1565 (Fed. Cir. 1991)............. 3, 4

Scripps Clinic & Research Found. v. Genetech, Inc., 927 F.2d 1565, 1578 (Fed. Cir. 1991)........ 3

SRI Int'l v. Matsushita Elec. Corp. of Am., 775 F.2d 1107, 1116 (Fed. Cir. 1985). ..................... 3

Sterling Drug Inc. v. Watson, 135 F. Supp. 173 (D.D.C. 1955) ........................................ 16

Stratoflex v. Aeroquip, Inc., 713 F.2d 1530 (Fed. Cir. 1983) ........................................... 5

Stratoflex, Inc. v. Aeroquip Corp., 713 F.2d 1530, 1538 (Fed. Cir. 1983) ............................ 16

Stratoflex, Inc. v. Aeroquip Corp., 713 F.2d 1530, 1539 (Fed. Cir. 1983) ............................ 16

Titanium Metals Corp. v. Banner, 778 F.2d 775, 780 (Fed. Cir. 1985) ................................ 9

Zeidler, 682 F.2d 961, 967, 215 USPQ 490, 494 (CCPA 1982) ...................................... 5

## STATUTES

35 U.S.C. §102 ........................................................................ 4, 9, 10, 15

35 U.S.C. §103 ........................................................................ 4, 9, 15, 17

35 U.S.C. §132 ........................................................................ 5

## RULES

Manual of Patent Examining Procedure (MPEP) ........................................ 13

Rule 104(b) ................................................................................................................ 5

Rule 56 of the Federal Rules of Civil Procedure ........................................................ 2

Fed. R. Civ. P. 56(c) .................................................................................................. 2

# TABLE OF CONTENTS

I.      INTRODUCTION ........................................................................... 1

II.     SUMMARY OF ARGUMENT ...........................................**Error! Bookmark not defined.**

III.    SUMMARY JUDGMENT STANDARD...........................**Error! Bookmark not defined.**

IV.     PTO'S SUMMARY JUDGMENT PRESENTS NEW ISSUES ON APPEAL .........**Error! Bookmark not defined.**

V.      PTO'S SUMMARY JUDGMENT SHOULD BE DENIED IN VIEW OF

SUBSTANTIAL ISSUES OF FACT AND LAW RAISED BY THE PLAINTIFFS............**Error! Bookmark not defined.**

   1.      Plaintiffs Disagree with Defendant's Statements of Uncontested Facts.........**Error! Bookmark not defined.**

   2.      Defendant Erroneously Asserts That JP '156 Expressly Discloses All Limitations of Claims 6 and 27**Error! Bookmark not defined.**

   3.      JP '156 Does Not Inherently Anticipate Claims 6 and 27 .....**Error! Bookmark not defined.**

   4.      The BPAI Erroneously Concluded That JP '156 Put the Claimed Invention in the Hands of One Skilled in the Art.....................................................**Error! Bookmark not defined.**

   5.      The Defendant Did Not Meet Its Burden of Proof at the Examination Stage **Error! Bookmark not defined.**

   6.      Defendant Erroneously Asserts That Claims 3 and 4 "Are Virtually Identical to Claims 27 and 6"**Error! Bookmark not defined.**\\

7.      Declarations of Persons Skilled in the Art Presented by the Plaintiffs Raise Issues of Fact That Preclude Granting Summary Judgment For Defendant ............**Error! Bookmark not defined.**

8.      Secondary Considerations.......................................**Error! Bookmark not defined.**

VI.    SUMMARY AND CONCLUSION ...................................**Error! Bookmark not defined.**