# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., )<br><br>Plaintiffs )<br><br>v. )<br><br>COMMISSIONER FOR PATENTS, )<br><br>Defendant ) | Civil Action No. 06-0822(JR) |

## PROPOSED ORDER

On this ____ day of _____, 2007 Plaintiffs' Motion in Opposition to Defendant's Motion for Summary Judgment came before the court. Having considered the Motion, the court finds it well taken and grants plaintiffs' Motion for Summary Judgment.

It is hereby ordered and adjudged that plaintiffs' Motion for Summary Judgment be and is hereby granted.

**JUDGE JAMES ROBERTSON**
**U. S. DISTRICT COURT**

Submitted by:

Thomas S. Keaty
Keaty Professional Law Corporation
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
Attorney for Plaintiff