**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC,  ) | |
|                                                          ) | |
|             Plaintiff,                          ) | |
|                                                          ) | |
|         v.                                         ) | Civil Action Nos. 06-822(JR), 06-825(JR) |
|                                                          ) | |
| DIRECTOR, UNITED STATES       ) | |
| PATENT AND TRADEMARK        ) | |
| OFFICE,                                        ) | |
|                                                          ) | |
|             Defendant.                       ) | |
| _____) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE**
**SUMMARY JUDGMENT REPLY BRIEFS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, through undersigned counsel, hereby seeks a 7-day enlargement of time, up to and including January 4, 2008, to submit its reply in support of its motion for summary judgment in the two above-captioned actions. The parties' summary judgment replies currently are due December 28, 2007. In accordance with Local Civil Rule 7(m), counsel for Defendant contacted counsel for Plaintiff to seek Plaintiff's position on this motion. Plaintiff consented to this enlargement.

There is good cause to grant this motion. Defendant has made a good faith effort to complete its reply in advance of the current deadlines. However, due to the holidays, counsel for Defendant will be out of the office December 24 through December 26, 2007. In addition, counsel for Defendant was recently assigned a preliminary injunction matter in which a hearing will be held January 2, 2008. Defendant has made significant progress in drafting its reply briefs. However, in light of the aforementioned conflicting obligations, the undersigned anticipates that she will be unable to complete Defendant's reply briefs in advance of the December 28, 2007 deadline. Accordingly, Defendant seeks a seven-day enlargement of time.

To ensure fairness to both parties, Defendant requests that Plaintiff's summary judgment reply brief also be due January 4, 2008.

    Granting this motion should cause no prejudice to either party. A proposed order is submitted herewith.

December 22, 2007                              Respectfully submitted,

                                           /s/ by RMM
                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                      United States Attorney

                                           /s/ by RMM
                                      RUDOLPH CONTRERAS, DC BAR #434122
                                      Assistant United States Attorney

                                         /s/ Robin M. Meriweather
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                      Assistant United States Attorney
                                      555 4th Street, N.W.
                                      Washington, DC 20530
                                      (202) 514-7198
                                      (202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>PATENT AND TRADEMARK )<br>OFFICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action Nos. 06-822(JR), 06-825(JR) |

**ORDER**

Upon consideration of Defendant's motion for an enlargement of the deadline for submitting summary judgment reply briefs, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be and hereby is GRANTED;

it is further ORDERED that the parties shall submit their respective reply briefs in support of their motions for summary judgment on or before January 4, 2008.

SO ORDERED.

_____
United States District Judge