**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| COMMISSIONER FOR PATENTS, | ) ) |
| Defendant | ) |

Civil Action No. 06-0822(JR)

ORDER

On this \_\_\_\_ day of _____, 2008 Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment came before the court. Having considered the Motion, the court finds it well taken and grants plaintiffs' Summary Judgment.

It is hereby ordered and adjudged that plaintiffs' Motion for Summary Judgment be and is hereby granted.

> **JUDGE JAMES ROBERTSON
> U. S. DISTRICT COURT**

Submitted by:

Thomas S. Keaty
Keaty Professional Law Corporation
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
Attorney for Plaintiffs