UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DIRECTOR, UNITED STATES )<br>PATENT AND TRADEMARK )<br>OFFICE,  )<br>  Defendant.  )<br>_____ ) | Civil Action Nos. 06-822(JR), 06-825(JR) |

**DEFENDANT'S CONSENT MOTION FOR CONTINUANCE OF
THE MOTIONS HEARING**

Defendant, through undersigned counsel, hereby seeks a continuance of the motions hearing currently calendared for May 16, 2008 at 10:00 a.m. In accordance with Local Civil Rule 7(m), counsel for Defendant contacted counsel for Plaintiff to seek Plaintiff's position on this motion. Plaintiff's counsel indicated that Plaintiff consents to the requested continuance.

Defendant seeks a continuance due to a scheduling conflict. Specifically, the undersigned Assistant United States Attorney will be out of the country May 15, 2008 through May 23, 2008. The undersigned has been unable to reschedule that foreign travel, so as to be present for the hearing, due to the non-refundable nature of the booking. Counsel for Defendant has consulted with counsel for Plaintiff regarding alternative dates for the motions hearing. The parties are available for the motions hearing on June 6, 2008, should that date be convenient for the Court. Granting this motion should cause no prejudice. A proposed order is submitted herewith.

Dated: May 12, 2008                                  Respectfully submitted,


  /s/ by RMM
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


  /s/ by RMM
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7198
(202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTOR, UNITED STATES )<br>PATENT AND TRADEMARK )<br>OFFICE, )<br>)<br>Defendant. )<br>_____) | Civil Action Nos. 06-822(JR), 06-825(JR) |

**ORDER**

Upon consideration of Defendant's motion for a continuance of the motions hearing, it is this _____ day of _____, 2008,

ORDERED that Defendant's motion be and hereby is GRANTED;

it is further ORDERED that the motions hearing shall be held on June 6, 2008, at _____.

SO ORDERED.

_____
United States District Judge