## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>COMMISSIONER FOR PATENTS, )<br><br>Defendant ) | Civil Action No. 06-0822(JR) |

### MOTION FOR CONTINUANCE OF ORAL HEARING

NOW INTO COURT, comes the undersigned plaintiffs" Counsel and respectfully requests the Court for continuance in the above-styled case for medical reasons. The medical condition is expected to resolve in about eight to ten days. This is the first request for continuance by the plaintiffs and the second continuance in the case. The first request for continuance was made by the opposing counsel based on the counsel's scheduling conflict.

The undersigned attempted to contact the opposing counsel and her office but was unable to receive a response regarding this request for continuance.

In view of the above, the Court is respectfully requested to reset the hearing date for a future date convenient for the Court as well as the parties' counsel.

Respectfully submitted,

/s/Thomas S. Keaty
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)