## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., ) ) ) Plaintiffs, ) ) v. ) ) COMMISSIONER FOR PATENTS, ) ) Defendant ) | Civil Action No. 06-0822(JR) |

### ORDER

On this _____ day of June 2008, a Motion for Continuance of the Plaintiffs' counsel came before the Court. Having considered the Motion, the Court finds good reasons for granting the request for continuance.

It is therefore ORDERED that the hearing currently set for June 28, 2008 be continued until a day mutually agreeable for the Court and the parties' counsel.

_____
JUDGE JAMES ROBERTSON
U. S. DISTRICT COURT

Submitted by:
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)