# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action Nos. 06-0822 (JR) & 06-0825(JR) |
| DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Benjamin Wood as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　/s/
BENJAMIN WOOD, D.C. Bar # 450106
Special Assistant United States Attorney
U.S. Patent and Trademark Office
600 Dulany St.,
Alexandria, VA  22314
(571) 272-8745(phone)
(571) 273-8745 (fax).
Benjamin.Wood@uspto.gov