**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civil Action No. 06-0822(JR) |
| | ) | |
| COMMISSIONER FOR PATENTS, | ) ) | |
| Defendant | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR CONTINUANCE**

The undersigned plaintiffs' counsel respectfully requests this Court for continuance in the above styled case: This is the second request for continuance by the Plaintiffs. The first request was made due to health reasons. The present request relates to a pending Louisiana case entitled *Fair Hill Farms vs. Needham*, where the trial started last week before Judge Elizabeth Wolfe in the 21st Judicial District Court of Louisiana. The trial was continued to July 29, 2008. The undersigned counsel has attempted to continue that matter to another date and has met with an opposition from the opposing counsel. The Louisiana Court ruled that no continuation will be granted in that case.

It is respectfully requested that the present matter before Judge Robertson be reset for August 1st.

Respectfully submitted,

/s/Thomas S. Keaty
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiffs
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)