**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0822(JR) |
| COMMISSIONER FOR PATENTS, | ) ) | |
| Defendant | ) | |

**ORDER**

On this 28th day of July, 2008, a Motion for Continuance of the Plaintiffs' counsel came before the Court. Having considered the Motion, the Court finds good reasons for granting the request for continuance.

It is therefore ORDERED that the hearing currently set for July 30, 2008 be continued until a day mutually agreeable for the Court and the parties' counsel.

The Hearing is hereby continued to August 1, 2008.

_____
JUDGE JAMES ROBERTSON
U. S. DISTRICT COURT

Submitted by:

Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
Keaty Professional Law Corporation
2140 World Trade Center
Number 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)