**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, : | |
|     Plaintiff, : | |
|     v. : | Civil Action No. 06-0822 (JR) |
| COMMISSIONER FOR PATENTS, : | |
|     Defendant. : | |
| INNOVATIT SEAFOOD SYSTEMS, LLC, : *et al.*, | |
|     Plaintiffs, : | |
|     v. : | Civil Action No. 06-0825 (JR) |
| COMMISSIONER FOR PATENTS, : | |
|     Defendant. : | |

**ORDER**

In No. 06-0822, defendant's motion for summary judgment [25] is **GRANTED** and plaintiff's motion for summary judgment [26] is **DENIED**. In No. 06-0825, defendant's motion for summary judgment [28] is **GRANTED** and plaintiff's motion for summary judgment is **DENIED**.

                                          JAMES ROBERTSON
                             United States District Judge