AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>06cv822 | DATE FILED<br>5/3/2006 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| **PLAINTIFF**<br>INNOVATIT SEAFOOD SYSTEMS, LLC<br>16 East Ellendale Estates Court<br>Houma, LA 70360 | | **DEFENDANT**<br>COMMISSIONER FOR PATENTS<br>600 Dulany Street<br>Alexandria, VA 22314 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 09/121,725 | 7/24/1998 | Innovatit Seafood Systems, LLC/Ernest A. Voisin |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

08/29/2008 ORDER granting defendant's motion for summary judgment 25 and denying plaintiff's motion for summary judgment 26 . Signed by Judge James Robertson on August 29, 2008. (MT) (Entered: 08/29/2008)

| CLERK<br>Greg Hughes, Interim Clerk | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>1/7/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy